## M. O. WALKER

### *v.*

### THE CITY OF CHICAGO.

1. SPECIAL ASSESSMENTS *in the city of Chicago—by whom to be determined—validity of an ordinance in that regard.* Under the law on the subject of special assessments in the city of Chicago, for public improvements, the responsibility of prescribing what improvements shall be made, and the mode, manner, and extent of them is upon the common council. An ordinance which undertakes to vest in the board of public works the discretion of determining either the mode, manner, or extent of an improvement is void.

APPEAL from the Superior Court of Cook County; the Hon. JOSEPH E. GARY, Judge, presiding.

This is an appeal from a judgment rendered upon a special assessment warrant.

Mr. EDWARD ROBY, for the appellant.

Mr. M. F. TULEY, for the appellee.

Per CURIAM: The ordinance in this case is in the precise terms of that in the case of *Foss* v. *City of Chicago*, 56 Ill. 354, and there held void.

The judgment is reversed and the cause remanded.

*Judgment reversed.*